# United States District Court
## Southern District of Georgia

DREW JAMAL POLLARD,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-077
(Formerly CR 108-061)

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated June 13, 2018 adopting the Report and Recommendation as the opinion of the Court, that Petitioner's objections are overruled and Petitioner's § 2255 motion is dismissed. The Court denies Petitioner a certificate of appealability in this case, and Petitioner is not entitled to appeal in forma pauperis. This case stands closed.



| 06/13/2018 | Scott L. Poff |
|---|---|
| Date | Clerk |

/s/ Jamie Hodge
(By) Deputy Clerk