IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DREW JAMAL POLLARD, | ) | |
| | ) | |
| Petitioner-Appellant, | ) | |
| | ) | Case No.: CV 118-077 |
| v. | ) | (Formerly CR 108-061-003) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Appeal No.: 18-12948-A |
| | ) | |
| Respondent-Appellee. | ) | |

## O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 25th day of February 2019.

HONORABLE J. Randal Hall, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA